# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00290-CV

**Keith Gregory Moraw, Appellant**

**v.**

**Concepcion Emelia Valdez, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 321701, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 27, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due July 15, 2024. In granting the most recent extension, this Court advised appellant that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Prosecution

Filed: August 23, 2024